LOUISE BOEING, Respondent, v. ELLIOTT T. KIMBROUGH, Appellant.— Judgment affirmed, with costs. All concur. (The judgment of the Supreme Court, Erie Special Term, affirmed a Buffalo City Court judgment for damages for personal injuries caused by being struck by an automobile at a street intersection.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

IRVING J. COWAN, Respondent, v. CITY OF BUFFALO, NEW YORK, and Others, Appellants.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

RICHARD L. WHALEN and HARRY OTTO, Respondents, v. ALVAH G. STRONG and Others, Appellants, and MARJORIE H. STRONG, Defendant.— Motion for reargument granted. [See ante, p. 672.] Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

JANET C. McINTOSH, by Her Guardian ad Litem, DREW W. McINTOSH, Respondent, v. COUNTY OF JEFFERSON and Another, Appellants.— Motion for leave to appeal to the Court of Appeals granted and question for review certified. [See ante, p. 665.] Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

DREW W. McINTOSH, Respondent, v. COUNTY OF JEFFERSON and Another, Appellants.— Motion for leave to appeal to the Court of Appeals granted and question for review certified. [See ante, p. 665.] Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

EDITH B. McINTOSH, Respondent, v. COUNTY OF JEFFERSON and Another, Appellants.— Motion for leave to appeal to the Court of Appeals granted and question for review certified. [See ante, p. 665.] Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

ELIZABETH J. McINTOSH, by Her Guardian ad Litem, DREW W. McINTOSH, Respondent, v. COUNTY OF JEFFERSON and Another, Appellants.— Motion for leave to appeal to the Court of Appeals granted and question for review certified. See ante, p. 665.] Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

In the Matter of the Judicial Settlement of the Accounts of MAGGIE L. SCHORER, as Executrix, etc.— Motion for leave to appeal to the Court of Appeals granted and question for review certified. [See ante, p. 666.] Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

ELSIE RONEKER, Respondent, v. ANNA RONEKER, Appellant.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

LULU M. GEER, Respondent, v. UNION MUTUAL LIFE INSURANCE COMPANY, Appellant. (Actions No. 1 and 2.) — In each action motion for a reargument denied; motion for leave to appeal to the Court of Appeals granted. [See 247 App. Div. 609.] Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.